RECEIVED
APR 26 2016
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:16-cr-008 |
| | ) | SUPERSEDING I N D I C T M E N T |
| v. | ) | |
| | ) | T. 18 U.S.C. § 2 |
| JOHN F. THOMSEN, and, | ) | T. 18 U.S.C. § 2251(a), |
| TRUDY E. THOMSEN, | ) | T. 18 U.S.C. §§ 2252(a)(2)&(a)(4)(B) |
| | ) | T. 18 U.S.C. § 2253 |
| Defendants. | ) | T. 18 U.S.C. § 2256 |
| | ) | T. 18 U.S.C. § 2422(b) |
| | ) | T. 18 U.S.C. § 2423(a) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Coercion and Enticement of a Minor)**

That from on or about May 4, 2014, up to and including September 10, 2014, in the Southern District of Iowa, and elsewhere, the defendant, JOHN F. THOMSEN, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Transport a Minor With Intent to Engage in Sexual Activity)**

That on or about March 24, 2014, in the Southern District of Iowa, and elsewhere, the defendants, JOHN F. THOMSEN and TRUDY E. THOMSEN, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, *i.e.*, Sexual Abuse in the Third Degree, which is a criminal offense under Iowa

Code § 709.4(1).

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Transport a Minor With Intent to Engage in Sexual Activity)**

That on or about September 11, 2014, in the Southern District of Iowa, and elsewhere, the defendants, JOHN F. THOMSEN and TRUDY E. THOMSEN, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, *i.e.*, Sexual Abuse in the Third Degree, which is a criminal offense under Iowa Code § 709.4(1).

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about September 14, 2014, in the Southern District of Iowa, the defendant, TRUDY E. THOMSEN, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, in that the defendant, TRUDY E. THOMSEN, did cause D.C., a minor, to take photographs of herself that show the display D.C.'s genitalia in a lascivious manner, using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a), 2256, and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about February 6, 2016, in the Southern District of Iowa, the defendant, JOHN F. THOMSEN, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, in that the defendant, JOHN F. THOMSEN, did use a hidden camera in a bathroom to record a minor female's genitalia in a lascivious manner, using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a), 2256, and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Receipt of Child Pornography)**

That beginning at least as early as September, 2014, up to and including March 2, 2016, in the Southern District of Iowa, the defendant, JOHN F. THOMSEN and TRUDY E. THOMSEN, knowingly received visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

**COUNT 7**
**(Possession of Child Pornography)**

That beginning at least as early as October 9, 2014, and continuing up March 2, 2016, in the Southern District of Iowa, and elsewhere, the defendants, JOHN F. THOMSEN and TRUDY E. THOMSEN, knowingly possessed one or more matters which contained visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct, and involving a prepubescent minor or a minor who had not attained the age of 12 years of age.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and Title 18 United States Code, Section 2.

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JOHN F. THOMSEN and TRUDY E. THOMSEN, shall forfeit to the United States his/her interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to

promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

/S/______________________________
FOREPERSON

Kevin E. VanderSchel
Acting United States Attorney

By: *S/Richard E. Rothrock*__________
Richard E. Rothrock
Assistant United States Attorney