United States District Court
Southern District of Iowa

Presiding: Honorable CELESTE F. BREMER
Criminal No. 1:16-cr-8 : Clerk's Court Minutes - Plea

United States of America
vs.
TRUDY E. THOMSEN

Gov. Atty(s) Richard E Rothrock
Def. Atty(s) David Tarrell
Court Reporter: Terri Martin
Interpreter: N/A

Date: September 1, 2016
Time Start: 9:06 am
Time End: 9:32 am

○ Indictment ◉ Superseding Indictment ○ Information

In 5 Counts - Code Violation:

TRANSPORT MINOR W/INTENT FOR CRIMINAL SEXUAL ACTIVITY: 18:2423(a). Transport a Minor With Intent to Engage in Sexual Activity (2s-3s)
SEXUAL EXPLOITATION OF CHILDREN: 18:2251(a), 2256. Sexual Exploitation of a Child/Production of Child Pornography (4s)
ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO: 18:2252(a)(2). Receipt of Child Pornography (6s)
ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO: 18:2252(a)(4)(B). Possession of Child Pornography (7s)

Waiver of Indictment filed:
Information filed:
Arraignment conducted:
Plea Agreement filed: ✔
Plea agreement terms acceptable to Court:
Statement by deft. In advance of plea of guilty filed: ✔
Deft. Plea of guilty count(s): 3
Defendant Sworn: ✔
Deft. advised of sentencing guidelines: ✔
Deft. advised of crime victim fund assessment: ✔
Deft. Advised of right to jury trial: ✔
Detention hearing conducted:

Court satisfied with:
Factual basis: ✔
Voluntariness: ✔
Competency to plea: ✔
Court accepts plea:
Court rejects plea:
Offense Conduct Statement due: 9/15/2016
PSIR disclosure date: 10/31/2016
Bond previously set:
Bond continued:
Bond changed to:
Deft. Committed: ✔
Sentencing set for: 1/25/17 @ 9:00 am

Minutes:

Defendant appeared with CJA Appointed Counsel David Tarrell. Stipulated consent to Magistrate is filed and accepted by the court. Defendant is sworn and pleads guilty to count 3 of the Superseding Indictment; Plea agreement was previously filed and Court accepts the plea. Gov't summarizes criminal elements and penalties. Court establishes factual basis for the plea. Forfeiture and restitution addressed. The court will file a Report and Recommendation that the defendant's guilty plea be accepted as of the date of this hearing. Counsel is informed they have 14 days to file any objection to Report and Recommendation. Sentencing is set for January 25, 2017, before the Honorable John A. Jarvey. Defendant is ordered to remain detained.

/s/ V. Rule
Deputy Clerk